**Opinion filed May 6, 2010**



# In The

# Eleuenth Court of Appeals

_____

## No. 11-10-00047-CV
_____

## KARLA SUE STEVENSON, Appellant

## V.

## DAN PER STEVENSON, Appellee

**On Appeal from the 326th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 27,176-C**

## M E M O R A N D U M   O P I N I O N

Karla Sue Stevenson has filed in this court a motion to dismiss her appeal.  The motion is granted, and the appeal is dismissed.

PER CURIAM

May 6, 2010

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.